EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
VICKI CHOU (Cal. Bar No. 248598)
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8692
    Facsimile: (213) 894-0142
    E-mail:   Vicki.Chou@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-372-FMO |
|---|---|
| Plaintiff, | ORDER VACATING DATES |
| v. | |
| Q.T. FASHION, et al. | |
| Defendants. | |

IT IS HEREBY ORDERED THAT:

All pretrial and trial dates in this action are vacated.

IT IS SO ORDERED.

Date: February 11, 2016

                                                  /s/
                              THE HONORABLE FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE